UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEVALEE E. REYNOLDS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV-10-185-JPH<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE<br><br>(Ct. Rec. 12, 13) |

　　　On April 18, 2011 plaintiff moved to dismiss the complaint; on April 19, 2011, plaintiff amended and moved to dismiss with prejudice (Ct. Rec. 12, 13). The parties have consented to proceed before a magistrate judge (Ct. Rec. 6).

　　　After reviewing the record, the court **GRANTS** plaintiff's motion to dismiss with prejudice (Ct. Rec. 12, 13). Accordingly,

　　　**IT IS ORDERED** that the motion (**Ct. Rec. 12, 13**) is **granted.**

　　　DATED this 19th day of April, 2011.

　　　　　　　　　　　　　　　s/ James P. Hutton
　　　　　　　　　　　　　　　JAMES P. HUTTON
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION
TO DISMISS WITH PREJUDICE                                - 1 -