AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

NEVALEE E. REYNOLDS,

                              Plaintiff,

                                  JUDGMENT IN A CIVIL CASE

                         v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                                 CASE NUMBER: CV-10-0185-JPH

                            Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's motion to dismiss the complaint with prejudice is granted.

This complaint is DISMISSED WITH PREJUDICE.

April 19, 2011                                          JAMES R. LARSEN
*Date*                                                   *Clerk*

                                                         s/ Pamela A. Howard
                                                         *(By) Deputy Clerk*

                                                         Pamela A. Howard